IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA: : CRIMINAL NO. 1:19-CR-
v. :
ERIN KEEN, : (JUDGE JONES)
Defendant. : (electronically filed)

## INFORMATION

THE UNITED STATES OF AMERICA CHARGES:

### COUNT I
(Misprision of Felony)

On or about May 24, 2018, in Lancaster and Dauphin Counties, within the Eastern and Middle Districts of Pennsylvania, and elsewhere, the defendant,

**ERIN KEEN,**

having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, Criminal Conspiracy to Distribute and Possess With Intent to Distribute Cocaine Hydrochloride, did help to conceal controlled substances and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

All in violation of Title 18, United States Code, Section 4.

DAVID J. FREED
United States Attorney

Dated: 08/27/2019

DARYL F. BLOOM
Assistant United States Attorney